UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60292-CR-COHN/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

A.D. HAMPTON, et al.,

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on defendant **Sheran Lawrence's** Motion to Adopt Pretrial Motions and Arguments of Co-Defendants (DE 127), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to refile in the proper format.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of February, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
AFPD Patrick Hunt (FTL) (Hampton)
Martin Feigenbaum, Esq. (Lawerance)
Brian McComb, Esq. (Thomas)
Randee Golder, Esq. (Allen)
Joaquin Perez, Esq. (Welch)
Jose Batista, Esq. (New)
Richard Docobo, Esq. (Florestal)
Tom Almon, Jr., Esq. (Ellis)
Ana Jhones, Esq. (Cason)